IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES GOTON,

Plaintiff,

v.  Case No. 12-cv-00194 GBW/CG

Sierra County Sheriff's Deputies
NOAH THOMAS PESTAK, LUIS ORTEGA,
JOE TREJO, JEFF JONES, CLAYTON REID, and
SIERRA COUNTY SHERIFF'S DEPARTMENT,

Defendants.

## ORDER ALLOWING WITHDRAWAL

**THIS MATTER** comes before the Court on the Joint Motion of HOLT MYNATT MARTINEZ P.C. (Damian L. Martinez) and THE CARRILLO LAW FIRM, P.C. (Raul A. Carrillo and Steven L. Lovett) to allow THE CARRILLO LAW FIRM P.C. to withdraw as counsel for Defendant Noah T. Pestak. (Doc. 36). The Court, having reviewed its file and being otherwise sufficiently advised in the premises, **FINDS** that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that the CARRILLO LAW FIRM P.C. (Raul A. Carrillo and Steven L. Lovett) is hereby permitted to withdraw as counsel of record for Defendant Noah T. Pestak only.

**IT IS FURTHER ORDERED** that THE CARRILLO LAW FIRM P.C. (Raul A. Carrillo and Steven L. Lovett) shall remain counsel of record for the remaining Defendants.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

Prepared and submitted:

HOLT MYNATT MARTINEZ P.C.

By: <u>Electronically  Submitted  8-9-12</u>

    DAMIAN L. MARTINEZ
    P.O. Box 2699
    Las Cruces, NM 88004-2699
    (575) 524-8812

CARRILLO LAW FIRM P.C.

By: <u>Electronically  Submitted  8-9-12</u>

    RAUL A. CARRILLO
    STEVEN L. LOVETT
    P.O. Box 457
    Las Cruces, NM 88001
    (575) 647-3200
    (575) 647-1463

GUEBERT BRUCKNER P.C.

By: <u>Approved 8-9-12</u>

    DEREK V. GARCIA
    PO Box 93880
    Albuquerque, NM 87199-3880
    (505) 823-2300