IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES GOTON,

        Plaintiff,                    No.  2:12-CV-00194 GBW/CG

       v.

SIERRA COUNTY SHERIFF'S DEPUTIES
NOAH THOMAS PESTAK, LUIS ORTEGA,
JOE TREJO, JEFF JONES, CLAYTON REID,
and SIERRA COUNTY SHERIFF'S DEPARTMENT,

        Defendants.

## ORDER

THIS MATTER having come before the Court upon a Plaintiff's *Motion for a Protective Order and Notice of Non-Appearance* for the taking of a deposition of Beverly Goton [Doc. 66], the Court having read the pleadings, heard oral argument, and being fully advised in the premises, **FINDS** that this Court has jurisdiction over the parties and of the subject matter of said case and that the Motion should be **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff's Motion for Protective Order of Beverly Goton [Doc. 66] is granted, and Defendant's subject Notice of Deposition and Subpoena is modified as follows:

2. Beverly Goton's deposition is to take place in Truth or Consequences, New Mexico.

3. Beverly Goton's deposition will take place on February 6, 2013.

4. Beverly Goton's deposition is to be limited for up to four hours of time.

5. Defendants may only ask questions sufficient to confirm ownership of the Lakeview RV Park by either Mr. or Mrs. Goton, or both in community property, and information concerning Mr. Goton's right to be present on the property, but may not seek detailed financial information concerning family finances, tax information, bank accounts and financial information for Mr. or Mrs. Goton, investment information, retirement accounts, inheritances, information and documents regarding real and personal property, deeds, bills of sale, articles of incorporation, partnership agreements, business records or licenses for Lakeview RV Park, receipts, employee records, payroll information, medical records for Mrs. Goton, or other information deemed non-relevant, or deemed not reasonably calculated to lead to admissible evidence, as discussed in detail at the Parties' hearing.

6. The Parties and their attorneys are mutually warned to maintain professional, civil, and respectful demeanor and behavior at this deposition and all further proceedings.

_____
CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE