IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES GOTON,

     Plaintiff,

v.                                                                                No. 12-cv-0194 GBW/SMV

NOAH THOMAS PESTAK, LUIS ORTEGA,
JOE TREJO, JEFF JONES, CLAYTON REID,
and SIERRA COUNTY,

     Defendants.

## ORDER SETTING HEARING

**Date and time**:     February 28, 2013, at 1:30 p.m.

**Matter to be heard**:  Plaintiff's Motion for Attorneys [sic] Fees and Costs [Doc. 108]

     **IT IS ORDERED, ADJUDGED, AND DECREED** that a hearing on Plaintiff's Motion

for Attorneys [sic] Fees and Costs [Doc. 108] is hereby set for February 28, 2013, at 1:30 p.m. in

the Doña Ana Courtroom, on the third floor of United States Courthouse at 100 North Church

Street in Las Cruces, New Mexico.

     **IT IS SO ORDERED.**

_____

**STEPHAN M. VIDMAR**
**United States Magistrate Judge**