IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES GOTON,

    Plaintiff,

v.     No. 12-cv-0194 GBW/SMV

NOAH THOMAS PESTAK, LUIS ORTEGA,
JOE TREJO, JEFF JONES, CLAYTON REID,
and SIERRA COUNTY,

    Defendants.

## ORDER VACATING HEARING

**Date and time**:     February 28, 2013, at 1:30 p.m.

**Matter to be heard**:  Plaintiff's Motion for Attorneys [sic] Fees and Costs [Doc. 108]

    **IT IS ORDERED, ADJUDGED, AND DECREED** that the hearing on Plaintiff's Motion for Attorneys [sic] Fees and Costs [Doc. 108], set for February 28, 2013, at 1:30 p.m., is **VACATED**.  The Court will hear all pending discovery motions [Docs. 108, 137, 142] at one time.  Therefore, the hearing will be reset as soon as briefing is complete on all pending discovery motions.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**