# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

JAMES GOTON,

      **Plaintiff,**

v.                                             **No. 12-cv-0194 GBW/SMV**

NOAH THOMAS PESTAK, LUIS ORTEGA,
JOE TREJO, JEFF JONES, CLAYTON REID,
and SIERRA COUNTY,

      **Defendants.**

## ORDER SETTING HEARING

**Date and time**:     April 2, 2013, at 1:30 p.m.

**Matters to be heard**: Plaintiff's Motion for Attorneys [sic] Fees and Costs [Doc. 108]
Defendant Sierra County's Motion for Protective Order [Doc. 137]
Defendant Noah T. Pestak's Motion Requesting Sanctions [Doc. 142]
Defendants' Motion for Sanctions for Discovery Abuse [Doc. 148]
Motion to Withdraw [Doc. 154]

        **IT IS ORDERED, ADJUDGED, AND DECREED** that a hearing on the pending

discovery motions [Docs. 108, 137, 142, 148, 154] is hereby set for April 2, 2013, at 1:30 p.m. in

the Doña Ana Courtroom, on the third floor of United States Courthouse at 100 North Church

Street in Las Cruces, New Mexico.  All counsel must appear in person.

        **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**