**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**JAMES GOTON,**

      **Plaintiff,**

**v.**                                        **No. 12-cv-0194 GBW/SMV**

**NOAH THOMAS PESTAK, LUIS ORTEGA,**
**JOE TREJO, JEFF JONES, CLAYTON REID,**
**and SIERRA COUNTY,**

      **Defendants.**

**ORDER GRANTING GUEBERT BRUCKNER P.C.'S MOTION TO WITHDRAW**

      THIS MATTER is before the Court on a Motion to Withdraw filed by the law firm of Guebert Bruckner P.C. [Doc. 154] on March 7, 2013. The Court has thoroughly read and considered all of the briefing on the motion [Docs. 154, 157, 170] and further heard oral argument on April 2, 2013. The Court, being fully advised in the premises, will grant the motion.

      **IT IS ORDERED, ADJUDGED, AND DECREED** that Guebert Bruckner P.C.'s Motion to Withdraw is **GRANTED**. Attorney Derek V. Garcia will remain as counsel for Plaintiff.

      **IT IS SO ORDERED.**

 

                                        _____

                                        **STEPHAN M. VIDMAR**
                                        **United States Magistrate Judge**